UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CR 11-00126-PHX-JAT** |
| | ) | (All defendants) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **O R D E R** |
| JAIME AVILA, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court is in receipt Government's Motion to Designate Case as Complex (Doc. 325), and good cause appearing,

**IT IS HEREBY ORDERED** granting Government's Motion to Designate Case as Complex (Doc. 325).

**IT IS FURTHER ORDERED** granting the motion to continue trial, which was joined in by all Defendants, and setting the following deadlines:

1. Close of government discovery:

    a. Notices required by Local Rule Criminal 16.1    March 1, 2012

    b. Rule 404, notification, if any    March 1, 2012

    c. Initial expert disclosures    March 1, 2012

    d. Rebuttal expert disclosures, if any    April 16, 2012

|   |   |   |   |
|---|---|---|---|
|   | e. | Production of Jencks/Brady material and witness impeachment material, if not produced sooner | March 1, 2012 |
| 2. | Close of defendants' discovery: | | |
|   | a. | Rule 404, notification if any | March 15, 2012 |
|   | c. | Rebuttal and/or Initial expert disclosures, if any | March 29, 2012 |
| 3. | Motions deadline (Including any objections under Local Rule Criminal 16.1(b)) | | April 20, 2012 |
| 4. | Motions Hearing (if necessary) | | June 19, 2012 at 9:00 a.m. |
| 5. | Submission of Proposed Juror Questionnaires, if any, | | July 9, 2012 |
| 6. | Motions in Limine | | July 31, 2012 |
| 7. | <u>Joint</u> Proposed Jury Instructions | | August 22, 2012 |
|   | <u>Joint</u> Proposed Voir Dire Questions (not included in the questionnaire), | | |
|   | <u>Joint</u> Statement of the Case | | |
|   | <u>Joint</u> Proposed Verdict Form | | |
| 8. | Responses to Motions in Limine | | August 15, 2012 |
| 9. | Final Pretrial Conference | | **September 4, 2012 at 3:00 p.m.** |
| 10. | Trial | | **September 25, 2012 at 9:00 a.m.** |

**IT IS ORDERED** setting Final Pretrial Conference for <u>**Tuesday, September 4, 2012 at 3:00 p.m.**</u>

2

**IT IS ORDERED** setting trial for **Tuesday, September 25, 2012 at 9:00 a.m.**, in Courtrom 503, in Phoenix, Arizona.

**IT IS ORDERED** that time will be excluded under Title 18 U.S.C. § 3161(h) from February 29, 2012 to September 25, 2012.

DATED this 14th day of November, 2011.

James A. Teilborg
United States District Judge

3