# UNITED STATES DISTRICT COURT
## for
### Arizona
### Petition for Warrant

✓ FILED     ___ LODGED
___ RECEIVED     ___ COPY

APR 2 7 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| Name of Offender: | **Jaime Avila, Jr.**     Case No.: **CR-11-00126-001-PHX-JAT** |
| Name of Judicial Officer: | **The Honorable James A. Teilborg** <br> **Senior United States District Judge** |

⟵ **SEALED**

| | |
|---|---|
| Date of Original Sentence: | **12/12/2012** |
| Original Offense: | **Count 1: Conspiracy, 18 U.S.C. § 371, a Class D Felony** <br> **Count 2: Dealing in Firearms Without a License and Aid and Abet, 18 U.S.C. §§ 922(a)(1)(A), 924(a)(1)(D), and 2, a Class C Felony** |
| Original Sentence: | **57 months Bureau of Prisons (each count concurrent), 36 months supervised release (each count concurrent)** |
| Type of Supervision: | **Supervised Release**     Date Supervision Commenced: **9/1/2017** <br> Date Supervision Expires: **5/31/2020** |
| Assistant U.S. Attorney: | **Timothy Coughlin** <br> **619-546-6763**     Defense Attorney: **Candace Lynn Shoemaker** <br> **602-956-8200** |

---

Petitioning the Court to issue a Warrant.

The probation officer alleges Jaime Avila, Jr. has violated the following conditions of supervision:

| Allegation | Nature of Noncompliance |
|---|---|
| A | **Mandatory Condition #1** which states, "You must not commit another federal, state or local crime." <br><br> On April 22, 2018, Jaime Avila, Jr. committed the crimes of Possession of Dangerous Drugs, in violation of Arizona Revised Statutes § 13-3407(a), and Possession of Drug Paraphernalia, in violation of Arizona Revised Statutes § 13-3415(a), as evidenced by Glendale Police Report number 18-058605. Grade C violation. §7B1.1(a)(3) |

B    **Mandatory Condition #3** which states, "You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."

1.) Jaime Avila Jr. used a controlled substance, to wit: methamphetamine. On April 22, 2018, Avila, Jr. used methamphetamine as evidenced by Avila's admission to Glendale Police in Glendale Police Report number 18-058605. Grade C violation. §7B1.1(a)(3)

2.) Jaime Avila Jr. used a controlled substance, to wit: methamphetamine. On January 26, 2018, Avila Jr. completed a substance abuse test that was positive for the use of methamphetamine. Avila admitted to the use of methamphetamine. Grade C violation. §7B1.1(a)(3)

**U.S. Probation Officer Recommendation and Justification**

Jaime Avila, Jr. has violated the trust of the Court. A warrant is recommended as Jaime Avila, Jr. is considered dangerous as he is actively using an illicit substance.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:


_____          4/23/2018
Annika A. Nieves                           _____
U.S. Probation Officer                     Date
Office: 602-682-4392
Cell: 520-425-7805



_____   For    4/23/2018
James D. Gallagher                         _____
Supervisory U.S. Probation Officer         Date
Office: 602-322-7420
Cell: 520-869-9354

Page 3
RE: Jaime Avila, Jr.
Petition to Revoke
April 23, 2018


The Court Orders

☐    No Action

☐    The Issuance of a Warrant

☐    The Issuance of a Summons

☐    Other

_____    _____27APR18_____
The Honorable James A. Teilborg    Date
Senior United States District Judge