1  **WO**

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7               FOR THE DISTRICT OF ARIZONA

8

9   United States of America,          )    CR-11-00126-PHX-JAT
                                       )
10               Plaintiff,            )
                                       )    **ORDER OF DETENTION**
11  vs.                                )
                                       )
12  Jaime Avila, Jr.,                  )
                                       )
13               Defendant.            )
                                       )
14  _____   )

15        Defendant appeared before this Court on a Petition for Revocation of Supervised

16  Release.  The issue of detention was submitted to the Court.  The Court considered the

17  Petition and file in determining whether defendant should be released on conditions set by

18  the Court.

19        The Court finds that defendant has failed to carry his burden of establishing that he

20  does not pose a serious flight risk or danger to any other person or to the community pursuant

21  to Rule 32.1(a)(6), Federal Rules of Criminal Procedure.

22        The Court concludes, by a preponderance of the evidence, that defendant is a serious

23  flight risk and that there is no condition or combination of conditions that will reasonably

24  assure his appearance at future proceedings.

25        The Court also concludes, by a preponderance of the evidence, that defendant is a

26  danger and that there is no condition or combination of conditions that will reasonably assure

27  the safety of the community.

28

1        IT IS THEREFORE ORDERED that defendant be detained pending further

2  proceedings.

3  DATED this 5th day of March, 2019

_Michelle H. Burns_

Michelle H. Burns
United States Magistrate Judge