AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

United States of America
v.

Jaime Avila, Jr.
*Defendant*

Case No. CR-11-00126-001-PHX-JAT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay *(name of person to be arrested)* Jaime Avila, Jr.,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:3583: Violation of Supervised Release

Date: September 29, 2020

*Issuing officer's signature*

City and state: Phoenix, Arizona

R. Walder, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/29/2020 and the person was arrested on *(date)* 9/30/2020 at *(city and state)* Phoenix, AZ

Date: 10/1/2020

by: [signature] DUSM
*Arresting officer's signature*

Arrested by USMS
*Printed name and title*

---

cc: Prob

[Stamp: FILED RECEIVED OCT 01 2020 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY ___ DEPUTY]